UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
KATHLEEN BREEN, et al.,                 )
                                        )
        Plaintiffs,                     )
                                        )
        v.                              )        Civil Action No. 05-0654 (PLF)
                                        )
ELAINE L. CHAO, Secretary of            )
Transportation, Department of           )
Transportation, et al.,                 )
                                        )
        Defendants.                     )
_____)

ORDER

For the reasons set forth in the opinion issued this same day, it is hereby

ORDERED that the motion [Dkt. No. 317] of dismissed plaintiffs for

reconsideration of the Court's orders of dismissal is GRANTED; and it is

FURTHER ORDERED that the claims of the 226 movants are reinstated.

SO ORDERED.

                                        _____/s/_____
                                        PAUL L. FRIEDMAN
DATE:  March 27, 2018                   United States District Judge